HARRELL *v.* CRONIN.

ALMAND, Justice. The allegations in the present petition by a father to modify a decree awarding the minor children to the mother, so as to allow the father the right of visitation, were insufficient to set forth a change of facts and circumstances occurring since the date of the decree, which affected the interest and welfare of the children; and, accordingly, the trial judge did not err in sustaining the general demurrer interposed by the mother and in dismissing the petition to modify. *Scott* v. *Scott,* 154 *Ga.* 659, 661 (115 S. E. 2); *Sells* v. *Sells,* 172 *Ga.* 911 (1) (159 S. E. 237); *Shields* v. *Bodenhamer,* 180 *Ga.* 122 (178 S. E. 294); *Fuller* v. *Fuller,* 197 *Ga.* 719 (3) (30 S. E. 2d, 600); *Pope* v. *Pope,* 209 *Ga.* 326 (72 S. E. 2d, 308).

*Judgment affirmed. All the Justices concur, except Atkinson, P. J., not participating.*

No. 18266. ARGUED JUNE 9, 1953—DECIDED JULY 13, 1953.

*Swift Tyler, John Tyler* and *Marvin O'Neal Jr.,* for plaintiff in error.

*Vaughn & Barksdale,* contra.